1  SANDRA R. BROWN
2  Acting United States Attorney
   THOMAS D. COKER
3  Assistant United States Attorney
   Chief, Tax Division
4  ANDREW T. PRIBE (CA SBN 254904)
5  Assistant United States Attorney
6      Federal Building, Suite 7211
       300 North Los Angeles Street
7      Los Angeles, California 90012
8      Telephone: (213) 894-6551
       Facsimile: (213) 894-0115
9      E-mail: andrew.t.pribe@usdoj.gov
10
11 *Attorneys for the United States of America*

JS-6

FILED
CLERK, U.S. DISTRICT COURT

AUG 2 3 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| GUILD ADMINISTRATION CORPORATION, | Case No.: 5:17-cv-00066 VAP(SPx) |
| Plaintiff | [proposed] Judgment |
| v. | |
| UNITED STATES OF AMERICA, ET AL. | |

Based on the United States of America's motion for summary judgment and for good cause shown:

1. Judgment is entered in favor of the United States as to the interpleaded funds of $156,104.52 deposited with the Clerk of the Superior Court of the State of California for the County of San Bernardino in *In re 3660 La Hacienda Drive, San Bernardino, CA 92404* (also bearing the caption *Guild Administration Corp., v. All Claimants to Surplus Funds After Trustee's Sale of Real Property Located at: 3660 La Hacienda Drive, San Bernardino, CA 92404*), case no. CIVDS 1617088.

2. The California Franchise Tax Board is ordered to pay to the United States the $40,308.53 ($40,099.89 plus $208.64 interest) it received from the Clerk of the Superior Court of the State of California for the County of San Bernardino.

3. The Clerk of the Superior Court of the State of California for the County of San Bernardino is directed to distribute to the United States of America the $116,004.63 balance of the interpleaded funds in its possession plus any accrued interest the Clerk may have earned on the funds.

4. Payments under this order shall be made payable to the "United States Department of Justice" and mailed to Andrew T. Pribe,

///
///
///
///
///
///

1

Assistant United States Attorney, United States Attorney's Office, 300
N. Los Angeles Street, Suite 7211, Los Angeles, California 90012.

    IT IS SO ORDERED.

Date: August 23 2017    _Virginia A. Phillips_
                        VIRGINIA A. PHILLIPS
                        CHIEF UNITED STATES DISTRICT JUDGE